IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CURTIS DUAYNE SANDERS**                                            **PLAINTIFF**

V.                                                                   CIVIL ACTION NO. 5:06cv193-MTP

**RAY CLARK, ET AL.**                                                **DEFENDANTS**



### FINAL JUDGMENT

This cause having come before the court on the Motion for Summary Judgment [49] filed by Defendants, and a decision having been duly rendered by separate Opinion and Order [54],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. All pending motions are denied as moot.

THIS, the 31st day of October, 2008.

_____
Michael T. Parker
United States Magistrate Judge